UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 21-cr-556 |
| | : | |
| v. | : | |
| | : | |
| JACOB DAVID DOCKTER, | : | |
| Defendant. | : | |

**STATEMENT OF OFFENSE**

The parties in this case, the United States of America and the defendant, Jacob Dockter, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which he is pleading guilty: Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2).

**Statement of Facts**

1. On May 28, 2020, a law enforcement officer was acting in an undercover capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. In that capacity, the UC entered a private KIK group. This group is known to be devoted to the receipt and distribution of child pornography. The UC had been a member of the group for several months and had admin status. Defendant Dockter, using the KIK username Jacob_MD, entered the room.

2. Dockter began communicating with the UC via private message. He said that he was a 25-year old from Southern California and had access to a two-year old female relative (hereinafter MV-1). He told the UC he had taken nude images of MV-1 in the past.

3. During the course of their conversation, Dockter sent the UC multiple images of MV-1, to include a live image of her standing near a bed without a shirt on, and a live image of her leaning on a bed without underwear or pants on. The UC then asked Dockter what images he had taken of MV-1 in the past.

4. Dockter responded by sending a non-live image of the same little girl depicted in the other photographs. In this image, she is lying on her stomach on the same bed in the above-described images. An adult male is standing above her and is holding his erect penis. The penis appears to be posed in the air above her nude buttocks. Dockter then sent another live image of the little girl standing naked in the same room.

5. The FBI submitted emergency subpoenas to KIK for subscriber information, learning that KIK user Jacob_MD consistently logged in to the account from 3XX Kern Street in Taft, CA, with the most recent login on May 28 (the date of the subpoena and subpoena response).

6. On May 28, law enforcement executed a search warrant at Dockter's residence, recovering several electronic devices. The images of MV-1 described above were recovered from deleted space on Dockter's iPhone. The room where the photos was taken was Dockter's room at the Taft, CA address. Dockter took these photographs of MV-1 and, knowing that they contained sexually explicit depictions of MV-1, distributed them over the Internet from California to the District of Columbia.

    Respectfully,

    MATTHEW GRAVES
    UNITED STATES ATTORNEY


*April Russo*
April N. Russo
Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, Jacob Dockter, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 11-16-2021

Jacob Dockter
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 11/16/21

/s/ Sabrina Shroff, AFPD
Sabrina Shroff, Esquire
Attorney for Defendant