## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-cr-556 |
| | : | |
| **JACOB DOCKTER,** | : | Hon. Timothy J. Kelly |
| Defendant. | : | |

### JOINT STATUS REPORT

The Government and defense have exchanged proposed potential psyschosexual evaluators in this case.  They have been unable to agree on an expert at this time.  Defense has most recently proposed Dr. Alex Rodriguez.  The Government received Dr. Rodriguez' resume January 24 and is still in the process of determining whether this could be a joint recommendation (which it very well may be).  Regardless, the Government proposes that defense move forward with their pick of evaluator given that the parties cannot agree so that the parties can move the case towards sentencing.  The Government proposes a new deadline of March 15, 2022 for a joint status report on the completion of the evaluation.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY

By:   /s/   April N. Russo
April N. Russo
Assistant United States Attorney
PA Bar No. 313475
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
202-252-1717
april.russo@usdoj.gov

1

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 21-cr-556** |
| : | |
| **JACOB DOCKTER,** : | **Hon. Timothy J. Kelly** |
| **Defendant.** : | |

## ORDER

This matter having come before the Court, the Court orders the parties to submit a joint status report on the status of the completion of a defense evaluation no later than March 15, 2022.

It Is So Ordered.

_____
Timothy J. Kelly
United States District Court Judge

Entered: _____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Joint Status Report was served upon counsel of record through the electronic court filing system, this 25th day of January 2022.

                       By:    /s/    April N. Russo
                               April N. Russo
                               Assistant United States Attorney
                               PA Bar. Bar 313475
                               555 4th Street, N.W.
                               Washington, D.C. 20530
                               (202) 252-1717
                               April.russo@usdoj.gov