UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    v.<br><br>JACOB DAVID DOCKTER,<br><br>        Defendant. | Case No. 21-cr-556 (TJK) |

## JOINT STATUS REPORT

Mr. Jacob Dockter pleaded guilty on November 16, 2021. Toward the end of the plea hearing, the Court ordered the parties to submit a joint status report informing the Court of the progress made by the parties in choosing an expert to evaluate Mr. Dockter prior to sentencing.

While progress has been slow, the parties have agreed upon a joint expert and have agreed to proceed with Dr. Alex Rodrigues. Dr. Rodrigues's *curriculum vitae,* is attached for the Court's perusal.

Mr. Dockter remains incarcerated at the Central Virginia Regional Jail ("CVRJ"). Communication with those detained at this facility is both difficult and unpredictable. At times, the video conferencing mechanism works; sometimes it does not. At times Mr. Dockter is brought by the staff of CVRJ to the video conference room on time and he is able to be present for the entire legal visit; at other times, he is not.

The parties intend to make every effort to have Dr. Rodrigues examine the evidence at issue in the case and evaluate Mr. Dockter as soon possible, and hopefully no later than the end of this month.

We thank the Court for its time and consideration of this request, and apologize the late filing.

March 23, 2022                             Respectfully submitted,

                                              A.J. Kramer
                                              Federal Public Defender

                                              */s/*
                                              Sabrina P. Shroff
                                              Assistant Federal Public Defender
                                              625 Indiana Avenue, N.W., Suite 550
                                              Washington, D.C.  20004