UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>   v.<br><br>JACOB DAVID DOCKTER,<br><br>        Defendant. | Case No. 21-cr-556 (TJK) |

## JOINT STATUS REPORT

The parties provide this joint status report informing the Court of the progress made in having Mr. Dockter evaluated prior to sentencing.

The parties have agreed upon a joint expert (Dr. Alex Rodrigues), and retaied him to evaluate Mr. Dockter who is incarcerated at the Central Virginia Regional Jail ("CVRJ"). The Office of the Federal Public Defender has reached out to CVRJ and are waiting for the facility to approve Dr. Rodrigues' entry into the facility. We anticipate receiving the approval by the end of April, and completing the evaluation in the next 45 days.

We thank the Court for its time and consideration.

April 22, 2022                      Respectfully submitted,

                                      A.J. Kramer
                                      Federal Public Defender

                                      /s/ Sabrina P. Shroff
                                      Assistant Federal Public Defender
                                      625 Indiana Avenue, N.W., Suite 550
                                      Washington, D.C.  20004