UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>JACOB DAVID DOCKTER,<br><br>　　　　　Defendant. | Case No. 21-cr-556 (TJK) |

DEFENSE MOTION FOR CONTINUATION OF SENTECNING HEARING

　　Mr. Jacob Dockter is incarcerated at the Central Virginia Regional Jail (CVRJ) awaiting a pre-sentence interview. He pleaded guilty on November 16, 2021. Unfortunately, due to on-going issues with United States Probation Officer and I have had difficulty scheduling a pre-sentence interview. There are on-going issues at the facility including difficulty with the Securus Technology and despite several attempts the scheduled appointments did not go forward.

　　USPO Willet and I have been in communication for the last several weeks trying to set up a PSR interview and hope to complete the process this month.

　　For these reasons, we ask the Court to grant a 60-day continuance of the September 29, 2022, sentencing date in this matter.

We thank the Court for its time and consideration of this request.

       Respectfully submitted,

       A.J. Kramer
       Federal Public Defender

       */s/*Shelli Peterson
       First Assistant Federal Public Defender
       625 Indiana Avenue, N.W., Suite 550
       Washington, D.C.  20004

       & Sabrina Shroff
       80 Broad Street, 19th Floor
       New York, New York 10004