# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Case Number: 21-CR-556 (TJK) |
| **JACOB DAVID DOCKTER,** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S CONSENT TO DEFENDANT'S MOTION TO CONTINUE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court that it does not oppose the defendant's request to continue sentencing for 60 days for the reasons stated in the defense motion filed on August 16, 2022.

                                            Respectfully submitted,

                                            MATTHEW GRAVES
                                            United States Attorney

                                            By: _____*/s/ Caroline Burrell*_____
                                            Caroline Burrell
                                            Assistant U.S. Attorney
                                            CA Bar 283687
                                            U.S. Attorney's Office for the District of Columbia
                                            601 D. St. NW
                                            Washington, DC 20530

Date: August 23, 2022

## CERTIFICATE OF SERVICE

I hereby certify that the government's filing was duly served upon the defense counsel by electronic means via the Court's ECF system.

This 23rd day of August, 2022.

                                               */s/ Caroline Burrell*
                                            AUSA Caroline Burrell