UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.       ) | No. 21-CR-556 (TJK) |
| ) | |
| JACOB DAVID DOCKTER, ) | |
| ) | |
| ) | |
| Defendant.   ) | |
| _____ ) | |

## SUPPLEMENTAL SENTENCING FILING

Jacob David Dockter, through counsel, respectfully submits a letter written by Mr. Jacob Dockter for the Court's consideration and in support of his request for a sentence of 60 months. The letter is attached as Exhibit A.

        A. J. Kramer
        Federal Public Defender for the District of Columbia

        /s/Michelle Peterson, Chief, AFPD
        625 Indiana Ave., N.W., Suite 550
        Washington, D.C. 20004
        (202) 208-7500, ext. 130

        Sabrina Shroff
        80 Broad Street, 19th Floor
        New York, New York 10004
        646-763-1490
        *Attorneys for Mr. Jacob David Dockter*

DATED: March 29, 2023