To the Honorable Timothy J. Kelly

I hope this letter finds you well.

I am writing to tell you how this terrible situation got started. Celena Washington and I were entertaining the idea of engaging in an adult threesome. One person I was considering asked me on the date of my arrest if I was "into CP." I replied that I didn't know and shortly thereafter received images of child pornography. My initial reaction was to block this person. However some part of me was interested in the images I saw because shortly after blocking that individual I searched for a Kik chatroom where I might be able to find more images like the ones I had seen. This lead to the conduct mentioned in my statement of facts, the conversation with the undercover officer and lead to me taking inappropriate pictures of my daughter. At the end of my communication with the undercover officer I deleted the Kik app, not out of fear of being caught by law enforcement, that hadn't occured to me, but out of shame and self disgust. I tried to put the event behind me. I was arrested just a few hours later, however. I find it provident that I was speaking to an undercover officer instead of having the content I sent circulated by others.

I often think about the harm my actions have caused, including robbing my daughter of a father, my parents of their son, any inadvertant psychological impact I may have made on my daughter and the burden of support I laid on Celena. I have been at Central Virginia Regional Jail for over two and a half years where there are no programs for people like me. I am intent on confronting my issues and fully intend to participate in any programs offered by the Bureau of Prisons.

I hope that if possible there might still be some place I may

have in my daughter's life. At the very least I hope to be able to help support my daughter monetarily after my release. I let down those that I love the most and I still don't know exactly why I did it, and I'm haunted by this mistake every day. I have been speaking to my mother about the impact of my actions and it breaks my heart knowing how much I've personally hurt her and all of my loved ones. I abandoned my family at one of the country's hardest times, during the pandemic, and I wish that I could go back and undo what I've done, but I know I can't. All that's left for me to do is get treatment, participate in therapy, try to regain the trust that I've lost and work to make a positive impact going forward. Thank you for your time Your Honor.